## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ELAINE HOLLINS,**

              **Plaintiff,**

**vs.**                                      No. **14-CV-0403 SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

              **Defendant.**

### AGREED ORDER GRANTING MOTION TO EXTEND BRIEFING DEADLINES

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion for an Extension of Time of the briefing deadlines (Doc. #18), Defendant having no objection, the Court being fully advised FINDS that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand shall be filed no later than **Friday, October 3, 2014**; Defendant's response shall be filed no later than **Friday, November 28, 2014**, and Plaintiff may file the Reply, and shall file the Notice of Completion of Briefing, no later than **Friday, December 26, 2014**.

IT IS SO ORDERED.

                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**

SUBMITTED BY:

*/s/ Sarah L.M. Barnes*
Sarah L.M. Barnes
MARTONE LAW FIRM
Attorneys for Plaintiff
111 Lomas Blvd. NW, Suite 500

Albuquerque, New Mexico 87102
Telephone: (505) 883-1260

APPROVED BY:

*telephonic approval 9/29/14*
Michael Howard
Attorney for Defendant